# IN THE SUPREME COURT OF TEXAS

-- -- -- --

NO. 20-0959

TENANT LANDLORD
CONNECTION PROPERTIES LLC
(D/B/A AND A/K/A HAZELWOOD
APARTMENTS), AND BARBARA
CLARK
v.
MR. DOE AND MRS. DOE,
INDIVIDUALLY AND AS NEXT
FRIEND OF JANE DOE

§
§
§
§
§
§
§

Dallas County,

5th District.

May 7, 2021

Petitioners' petition for review, filed herein in the above numbered and styled case, having been duly considered, is ordered, and hereby is, dismissed.



I, BLAKE A. HAWTHORNE, Clerk of the Supreme Court of Texas, do hereby certify that the above is a true and correct copy of the orders of the Supreme Court of Texas in the case numbered and styled as above, as the same appear of record in the minutes of said Court under the date shown.

It is further ordered that petitioners, TENANT LANDLORD CONNECTION PROPERTIES LLC (D/B/A AND A/K/A HAZELWOOD APARTMENTS), AND BARBARA CLARK, pay all costs incurred on this petition.

WITNESS my hand and seal of the Supreme Court of Texas, at the City of Austin, this the 7th day of May, 2021.



Blake A. Hawthorne, Clerk

By Monica Zamarripa, Deputy Clerk